|   |   |
|---|---|
| SCOTT JOHNSON, | Case: No.: 4:17-CV-05426-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |
| DEUTSCHER PROPERTIES CORPORATION, a California Corporation; BLUM ROAD BUSINESS PARK OWNERS' ASSOCIATION, a California Non-Profit Mutual Benefit Corporation; and Does 1-10, | |
| Defendants. | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to conduct a joint site inspection of the subject premises shall be extended up to and include March 15, 2018.

2. All other dates that are calculated based on the joint inspection cut-off date will be adjusted accordingly.

///

///

1

IT IS SO ORDERED.

Dated: 3/5/2018

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE