UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>DEUTSCHER PROPERTIES COPORATION, et al.,<br><br>        Defendants. | Case No.17-cv-05426-HSG<br><br>**ORDER** |

On September 9, 2017, the Court issued a Scheduling Order setting January 2, 2018 as the last day for the parties and counsel to hold a joint inspection of the premises at issue. Dkt. No. 6 at 1. On March 2, 2018—two months after the deadline specified in the Scheduling Order—the parties filed a joint stipulation informing the Court that they were "unavailable to conduct the joint site inspection by the January 2, 2018" deadline, and asked for the already-missed deadline to be extended to March 15, 2018. *See* Dkt. No. 22 at 2. The parties' tardiness notwithstanding, the Court granted the stipulation on March 5, 2018. Dkt. No. 23.

//
//
//
//
//
//
//
//
//

The parties are warned that the Court will not tolerate casual disregard for the deadlines set out in its orders. While it should go without saying, any further stipulation to extend a Court-ordered date must be submitted well <u>before</u> the date passes. Any future failure to either meet all deadlines or to seek an extension in a timely manner will result in the issuance of an order to show cause as to why sanctions should not issue.

**IT IS SO ORDERED.**

Dated: 3/6/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge