UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br>v.<br><br>DEUTSCHER PROPERTIES CORPORATION, a California Corporation; BLUM ROAD BUSINESSPARK OWNERS' ASSOCIATION, a California Non-Profit Mutual Benefit Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 4:17-CV-05426-HSG<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal of this action with prejudice within the next sixty (60) days. The Court sets a further case management conference for October 23, 2018 at 2:00 p.m. and directs the parties, through their attorneys of record, to show cause for why this case has not yet been dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance will be required.

**IT IS SO ORDERED.**

Dated: August 13, 2018

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge

Order    -1-    4:17-CV-05426-HSG